IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ALICIA LANGFORD, | CV 19-11-BLG-TJC |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |
| vs. | |
| AMERICAN NATIONAL INSURANCE SERVICE COMPANY, | |
| Defendant. | |

Defendant American National Insurance Service Company has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 4.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Defendant's counsel, Elizabeth W. Lund, may appear by telephone at the March 12, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 6th day of February, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge